UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| YETI Coolers, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>Oxirze LLC d/b/a OXIRZE and SIPTER,<br><br>    Defendant. | Case No. 1:25-cv-02097-ADA<br><br>Jury Trial Demanded |

## JOINT MOTION FOR ENTRY OF AGREED SCHEDULING ORDER

Plaintiff, YETI Coolers, LLC, and Defendant, Oxirze LLC, respectfully request entry of the Agreed Scheduling Order attached as Exhibit A. The proposed schedule generally tracks the exemplary schedule attached to the Court's Order Governing Proceedings for Patent Cases.

Dated: February 17, 2026

Respectfully submitted,

By: /s/ Jacob T. Earl
Michael L. Krashin (admitted in the Western District of Texas)
Illinois Bar No. 6286637
mkrashin@bannerwitcoff.com
Jacob T. Earl (admitted *pro hac vice*)
Illinois Bar No. 6342032
jearl@bannerwitcoff.com
Leon Cao (admitted *pro hac vice*)
Illinois Bar No. 6345536
lcao@bannerwitcoff.com
Banner & Witcoff, Ltd.
71 South Wacker Drive
Suite 3600
Chicago, IL 60606-7407
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

**ATTORNEYS FOR YETI COOLERS, LLC**

By: /s/ Alexis L. Ritzer
Alexis L. Ritzer (TX Bar ID No. 24115116)
GARDELLA ALCIATI
80 M Street SE, 1st Floor
Washington, DC 20003
Telephone: 703-740-5612
Facsimile: 703-740-4541
Email: aritzer@ga-iplaw.com

**ATTORNEY FOR DEFENDANT OXIRZE LLC D/B/A OXIRZE AND SIPTER**

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify on February 17, 2026, I caused the foregoing document to be electronically filed with the Clerk of the court pursuant to the Electronic Filing Procedures and using the CM/ECF system, and that a true and correct electronic copy was thereby caused to be served on Oxirze LLC by and through its counsel of record.

                                            <u>/s/ Jacob T. Earl</u>
                                            FOR YETI COOLERS, LLC